CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 10 2010

JULIA C. DUDLEY, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

JABORIE BROWN,
    Petitioner,

v.

UNITED STATES OF AMERICA, et al.,
    Respondents.

Civil Action No. 7:10-cv-00390

ORDER

By: Hon. James C. Turk
Senior United States District Judge

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that petitioner's petitioner for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241, is **DISMISSED** and the case is **STRICKEN** from the active docket.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to petitioner.

ENTER: This 10th day of September, 2010.

                      /s/ James C. Turk
                      Senior United States District Judge